```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PARADISE MORGAN,

               Plaintiff,

  - against -

HAIRBRELLA, INC.,

              Defendant.

24-cv-1164 (JGK)

ORDER

**JOHN G. KOELTL**, District Judge:

The summons and the complaint were required to be served by May 16, 2024. The time to serve the summons and the complaint is extended until **June 17, 2024**. If the summons and the complaint are not served by that date, the case will be dismissed without prejudice for failure to prosecute. See Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated:    New York, New York
            June 3, 2024

                                        John G. Koeltl
                                 United States District Judge